# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00769-CV

### In re Charla H. Edwards

### R. P., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

**FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY,
NO. C150047CPS, THE HONORABLE GARY L. BANKS, JUDGE PRESIDING**

---

## O R D E R   T O   S H O W   C A U S E

**PER CURIAM**

This is a contempt proceeding ancillary to the appeal of R. P. The subject of this proceeding is Charla H. Edwards, appellant's attorney.

Appellant filed his notice of appeal on November 21, 2016, and his brief was due December 27, 2016. On December 29, 2016 we ordered counsel to file appellant's brief no later than January 17, 2017. To date, appellant's brief has not been filed.

Therefore, it is hereby ordered that Charla H. Edwards shall appear in person before this Court on **Wednesday, February 8, 2017, at 1:30 p.m.**, in the Third Court of Appeals courtroom, located on the first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in Austin, Travis County, Texas, to show cause why she should not be held in contempt and have sanctions imposed for her failure to obey our December 29, 2016 order. This order to show

cause will be withdrawn and Edwards will be relieved of her obligation to appear before this Court as ordered above if the Clerk of this Court receives appellant's brief on or before **February 6, 2017.**

It is ordered on January 23, 2017.

Before Justices Puryear, Pemberton, and Goodwin